John C. Ulin (Bar No. 165524)
John.Ulin@hellerehrman.com
Anna R. Zusman (Bar No. 232753)
Anna.Zusman@hellerehrman.com
HELLER EHRMAN LLP
333 S. Hope Street, 39th Floor
Los Angeles, California  90071
Telephone:  (213) 689-0200
Facsimile:  (213) 614-1868

Samuel R. Watkins (admitted *Pro Hac Vice*)
Samuel.Watkins@hellerehrman.com
Andrew N. Sachs (admitted *Pro Hac Vice*)
Andrew.Sachs@hellerehrman.com
701 Fifth Avenue, Suite 6100
Seattle, Washington 98104
Telephone:  (206) 447-0900
Facsimile:  (206) 447-0849

Attorneys for Plaintiff
PHILIP MORRIS USA INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP MORRIS USA INC.,<br><br>Plaintiff,<br><br>v.<br><br>DAMAKALI S.A. DE C.V., a Mexico corporation; and DOES ONE through TEN, inclusive,<br><br>Defendants. | Case No.: CV 08-02299 MMM (RCx)<br><br>Complaint filed:  April 8, 2008<br><br>**EX PARTE APPLICATION OF PLAINTIFF PHILIP MORRIS USA INC. TO SHORTEN TIME; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>Hearing:  No hearing required<br><br>The Honorable Margaret M. Morrow |

1

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Plaintiff Philip Morris USA Inc. ("Philip Morris USA") will and hereby does apply to the Court for an order shortening time to hear Plaintiff's [Proposed] Application For Issuance Of A Request For Service Of Process Through Letter Rogatory ("[Proposed] Application").

On April 8, 2008, Philip Morris USA filed its Complaint in the above-captioned case against Defendant Damakali SA De C.V. ("Damakali"), a corporation organized and existing under the laws of Mexico. Because Damakali is a foreign corporation, service may be effected pursuant to Federal Rule of Civil Procedure 4(f)(1), which prescribes service on foreign corporations by means of "any internationally agreed means of service that is reasonably calculated to give notice . . . ."

One such internationally agreed means of service is established by the Additional Protocol to the Inter-American Convention on Letters Rogatory (the "Inter-American Convention"), Mar. 1975, 14 I.L.M. 339, to which the United States and Mexico are signatories. Service pursuant to the Inter-American Convention requires that this Court issue a request for service of process through letter rogatory. Philip Morris USA's [Proposed] Application For Issuance Of A Request For Service Of Process Through Letter Rogatory is filed concurrently with this *ex parte* Application.

Based on its prior experience with foreign service, Philip Morris USA is informed and believes that service via the Inter-American Convention may take several months to complete. In order to minimize the delay inherent in foreign service of process, Philip Morris USA applies *ex parte* to the Court, pursuant to Local Rule 7-19, for an order shortening time on its [Proposed] Application For Issuance Of A Request For Service Of Process Through Letter Rogatory. Through this *ex parte* application, Philip Morris USA seeks an order (i) setting its [Proposed] Application for immediate hearing, no later than Tuesday, June 3, 2008; (ii) requiring

Heller Ehrman LLP

1  oppositions to the [Proposed] Application to be filed and served by e-mail or
2  facsimile by 4:00 p.m. on Friday, May 30, 2008; and (iii) requiring Philip Morris
3  USA's reply, if any, be filed and served by facsimile by noon on Monday, June 2,
4  2008.

5  Good cause exists for the Court to grant this relief because efforts by Philip
6  Morris USA to informally contact Damakali have proven unsuccessful.  Declaration
7  of Samuel R. Watkins ("Watkins Decl."), ¶ 3.  Thus, the only way to engage
8  Damakali, and to allow Damakali to defend this lawsuit, is to formally serve
9  Damakali.  Until that has been accomplished, it is impractical and impossible for
10 Philip Morris USA to give notice to Damakali.  The earliest date Philip Morris
11 USA's [Proposed] Application could be heard by this Court on normal time is June
12 30, 2008.  By shortening the time for hearing the [Proposed] Application, the
13 litigation can move forward a full month sooner, thus conserving court and party
14 resources, and increasing the efficiency of this litigation.

15 This application is made pursuant to Federal Rule of Civil Procedure 7 and
16 Local Rule 7-19.  This application is supported by the attached Memorandum of
17 Points and Authorities, the Declaration of Samuel R. Watkins in support thereof, all
18 other pleadings, papers, and records on file in this action, and such further evidence
19 and argument as may be presented at the hearing on this matter.  Concurrently, Philip
20 Morris USA has submitted a proposed order.

21 DATED:  May 27, 2008                    Respectfully submitted,
22
23                                          HELLER EHRMAN LLP
24
25                                          By:      /s/ Samuel R. Watkins
                                                     SAMUEL R. WATKINS
26
27                                          Attorneys for Plaintiff
                                            PHILIP MORRIS USA INC.
28

Heller
Ehrman LLP

2

*EX PARTE* APPLICATION OF PLAINTIFF PHILIP MORRIS USA INC. TO SHORTEN TIME: CASE NO. CV 08-02299 MMM (RCX)

## MEMORANDUM OF POINTS AND AUTHORITIES

This Court may prescribe a shorter time than that prescribed by the Federal Rules of Civil Procedure and Local Rule 6-1 for the giving of written notice of motion, either *sua sponte*, or on application supported by a declaration showing good cause. Federal Rule of Civil Procedure 7(c)(1)(C) provides that a motion may be heard on an expedited basis when "a court order — which a party may, for good cause, apply for ex parte — sets a different time." Similarly, Local Rule 6-1 provides that "[t]he Court may order a shorter time." Good cause exists here for an order shortening time to hear Philip Morris USA Inc's ("Philip Morris USA") [Proposed] Application For Issuance Of A Request For Service Of Process Through Letter Rogatory ("[Proposed] Application").

In January 2008, the U.S. Bureau of Customs and Border Protection ("Customs") issued to Philip Morris USA a Notice of Seizure of Infringing Merchandise ("Notice of Seizure") identifying Damakali SA de C.V. ("Damakali") as the importer of record. *See* Notice of Seizure, attached as Exhibit A to the Declaration of Samuel R. Watkins ("Watkins Decl."). As set forth in the Notice of Seizure, Damakali is located in Queretaro, Mexico, a small town located north and west of Mexico City. Prior to the filing of this Application, attorneys for Philip Morris USA called the telephone number listed for Damakali on Solunet Info-Mex® Mexican Industrial Directory, an Internet-based telephone directory for Mexican businesses. *Id.* ¶ 3.

This directory, which confirmed Damakali's address as set forth in the Notice of Seizure, is the only source for Damakali's telephone number that Philip Morris USA has been able to locate. *Id.* The person answering the telephone at the number for Damakali denied ever hearing of Damakali and was of no assistance in further locating Damakali. *Id.* As a result of this effort, Philip Morris USA has complied with its notice obligation, pursuant to Local Rule 7-19.1.

Heller Ehrman LLP

3

*EX PARTE* APPLICATION OF PLAINTIFF PHILIP MORRIS USA INC. TO SHORTEN TIME: CASE NO. CV 08-02299 MMM (RCX)

As a result of the inability to communicate with Damakali via telephone, and the fact that Damakali has yet to be served in this case, Philip Morris USA also requests that this Court waive notice to Damakali, pursuant to Local Rule 7-19.2. With its [Proposed] Application, Philip Morris USA seeks the Court's assistance in formally serving Damakali so that it may defend this lawsuit. The sooner Philip Morris USA is able to serve Damakali, the sooner this lawsuit may proceed in accordance with both the Federal Rules of Civil Procedure and this Court's local rules. Good cause exists, therefore, for the Court to hear Philip Morris USA's [Proposed] Application on shortened time.

As reflected in the proposed order, Philip Morris USA respectfully requests that the Court order that (i) Philip Morris USA's [Proposed] Application For Issuance Of A Request For Service Of Process Through Letter Rogatory be specially set for immediate hearing, no later than Tuesday, June 3, 2008; (ii) oppositions to the [Proposed] Application be filed and served by e-mail or facsimile by 4:00 p.m. on Friday, May 30, 2008; and (iii) Philip Morris USA's reply, if any, be filed and served by facsimile by noon on Tuesday, June 3, 2008.

DATED:  May 27, 2008              Respectfully submitted,

                                  HELLER EHRMAN LLP


                                  By:      */s/ Samuel R. Watkins*
                                           SAMUEL R. WATKINS

                                  Attorneys for Plaintiff
                                  PHILIP MORRIS USA INC.