John C. Ulin (Bar No. 165524)
John.Ulin@hellerehrman.com
Anna R. Zusman (Bar No. 232753)
Anna.Zusman@hellerehrman.com
HELLER EHRMAN LLP
333 S. Hope Street, 39th Floor
Los Angeles, California  90071
Telephone:  (213) 689-0200
Facsimile:  (213) 614-1868

Samuel R. Watkins (admitted *Pro Hac Vice*)
Samuel.Watkins@hellerehrman.com
Andrew N. Sachs (admitted *Pro Hac Vice*)
Andrew.Sachs@hellerehrman.com
701 Fifth Avenue, Suite 6100
Seattle, Washington 98104
Telephone:  (206) 447-0900
Facsimile:  (206) 447-0849

Attorneys for Plaintiff
PHILIP MORRIS USA INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP MORRIS USA INC.,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>DAMAKALI S.A. DE C.V., a Mexico corporation; and DOES ONE through TEN, inclusive,<br><br>　　　　　　Defendants. | Case No.: CV 08-02299 MMM (RCx)<br><br>Complaint filed:  April 8, 2008<br><br>**DECLARATION OF SAMUEL R. WATKINS IN SUPPORT OF APPLICATION FOR ISSUANCE OF A REQUEST FOR SERVICE OF PROCESS THROUGH LETTER ROGATORY**<br><br>The Honorable Margaret M. Morrow |

Heller
Ehrman LLP

1
DECLARATION OF SAMUEL R. WATKINS: CASE NO. CV 08-02299 MMM (RCX)

I, Samuel R. Watkins, declare as follows:

1.      I am an attorney of the law firm of Heller Ehrman LLP, counsel of record for Philip Morris USA Inc. ("Philip Morris USA") in this matter. I am duly licensed to practice law in the State of Washington, and for this matter I have been admitted pro hac vice to the United States District Court for the Central District of California. In this capacity, I have personal knowledge of the facts set forth herein, unless otherwise stated, and, if called upon to testify as a witness, I could and would testify competently thereto under oath.

2.      Attached as Exhibit A is a true and correct copy of the Notice of Seizure of Infringing Merchandise ("Notice of Seizure") (No. 2008-2704-000237) issued by the U.S. Bureau of Customs and Border Protection ("Customs") to Philip Morris USA in January 2008 and naming Damakali S.A. de C.V. ("Damakali") as the importer of record.

3.      Attached as Exhibit B is a true and correct copy of form USM-272, Philip Morris USA's Request for Service Abroad of Judicial or Extrajudicial Documents Pursuant to the Additional Protocol to the Inter-American Convention on Letters Rogatory.

4.      Prior to filing this motion, I called the telephone number listed for Damakali on Solunet Info-Mex® Mexican Industrial Directory, an Internet-based telephone directory for Mexican businesses. This directory, which confirmed Damakali's address as set forth in the Notice of Seizure, is the only source for Damakali's telephone number that I have found. With me on the call was another Heller Ehrman attorney who speaks Spanish. The person answering the telephone at the number for Damakali denied ever hearing of Damakali and was of no assistance to us in further locating Damakali.

Heller Ehrman LLP

1

DECLARATION OF SAMUEL R. WATKINS: CASE NO. CV 08-02299 MMM (RCx)

1  I declare under penalty of perjury under the laws of the United States that the
2  foregoing is true and correct.
3  Executed this 27th day of May 2008, in Seattle, Washington.

          */s/ Samuel R. Watkins*
          SAMUEL R. WATKINS

Heller Ehrman LLP

2
DECLARATION OF SAMUEL R. WATKINS: CASE NO. CV 08-02299 MMM (RCX)

# EXHIBIT A



301 E. Ocean Blvd.
Long Beach, CA 90802

**U.S. Customs and Border Protection**

2008-2704-000237-01
sa

JAN 2 2008

Philip Morris Incorporated
6601 West Broad Street
Rye Brook
Richmond, Virginia 23230-1723
Attn: Jose Luis Murillo, Esq.

Re: Seizure of Infringing Merchandise

Dear Madam/Sir:

    Our records show that Philip Morris Incorporated is the owner of the trademark recorded under trademark recordation number (TMK) 97-00877 and (TMK) 99-00565, and Customs and Border Protection (CBP) has seized articles found to infringe upon said trademark.

    Pursuant to Title 19, Code of Federal Regulations, Section 133.21 (counterfeit trademark), you are being provided the following information concerning said seizure:

    Date and port of entry: December 20, 2007, Price Transfer Warehouse, Los Angeles/Long Beach Seaport

    Description of merchandise (including quantity): Cigarettes (Marlboro) 28,260 ea (368 ctns).

    Country of Origin: China

    Name and address of exporter: Tianti Industry Co., LTD., Room 610 No. 92 Zhan Qian Road, Guang Dong

    Name and address of importer: Damakali S.A. De C.V., Calle Mission #32, Queretaro, Mexico

    Any questions not answered by this letter should be directed to Sandra Agee of my staff at (562) 366-5542.

Sincerely,

Robert P. Thierry
Director, Fines, Penalties
and Forfeitures

*Vigilance  ★  Service  ★  Integrity*

**U.S. CUSTOMS AND BORDER PROTECTION, 301 East Ocean Blvd., Long Beach, CA 90802**

# EXHIBIT B

# REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS PURSUANT TO THE ADDITIONAL PROTOCOL TO THE INTER-AMERICAN CONVENTION ON LETTERS ROGATORY

FORM A

## LETTER ROGATORY [1]

**1**
REQUESTING JUDICIAL OR OTHER ADJUDICATORY AUTHORITY
United States District Court, Central District of California
Roybal Federal Building
255 East Temple Street
Los Angeles, CA 90012  USA

**2**
CASE: CV 08-02299 MMM (RCx)

Philip Morris USA Inc.
Plaintiff
v.
Damakali S.A. De C.V.
Defendant

**3**
CENTRAL AUTHORITY OF THE STATE OF ORIGIN

Process Forwarding International
633 Yesler Way
Seattle, WA. 98104 USA

**4**
CENTRAL AUTHORITY OF THE STATE OF DESTINATION
Direccion General De Asuntos Juridicos
Departmento De Exhortos Y
Secretaria De Relaciones Exteriores
Flores Magon No. 1, Col. Tlaltelolco
Mexico, D.F., Mexico

**5**
REQUESTING PARTY

Philip Morris USA Inc.
6601 West Broad Street
Richmond, VA 23230 USA

**6**
COUNSEL TO THE REQUESTING PARTY

Samuel R. Watkins, Esq
Heller Ehrman LLP
701 Fifth Avenue
Seattle, WA  98104 USA

---

PERSON DESIGNATED TO ACT IN CONNECTION WITH THE LETTER ROGATORY

Name

Address

Is this person responsible for costs and expenses?

Yes ☐    No ☐

\* If not, check in the amount of _____ is attached.
\* Or proof of payment is attached

---

[1] Complete the original and two copies of this form; if A (1) is applicable, attach the original and two copies of the translation of this item in the language of the State of destination.
\*Delete if inapplicable.

1

    The Central Authority signing the letter rogatory has the honor to transmit to you in triplicate the documents listed below and, in conformity with the protocol to the Inter-American Convention on Letters Rogatory:

\*  A.   Requests their prompt service on: DAMAKALI S.A. DE C.V., Mision De Santo Tomas 32, Santiago De Queretaro, Mexico

The undersigned authority requests the service be carried out in the following manner:

  \*  (1) In accordance with the special procedure or additional formalities that are described below, as provided for in the second paragraph of Article 10 of the above mentioned Convention; or

  _____

  \*  (2) By service personally on the identified addressee or, in the case of a legal entity, on its authorized agent; or

  \*  (3) If the person or the authorized agent of the entity to be served is not found, service shall be made in accordance with the law of the State of destination.

\*  B.   Requests the delivery of the documents listed below to the following judicial or administrative authority:

    Authority: _____

\*  C.   Requests the Central Authority of the State of destination to return to the Central Authority of the State of origin one copy of the documents listed below and attached to this letter rogatory, and an executed Certificate of the attached Form C.

    Done at _____this_____date of_____, 20\_\_\_

_____    _____
Signature and stamp of the                             Signature and stamp of the
judicial or other adjudicatory                        Central Authority of the
authority of the State of origin                       State of origin

Title or other identification of each document to be delivered:
SUMMONS IN A CIVIL CASE; COMPLAINT

2

# ANNEX TO THE ADDITIONAL PROTOCOL
# TO THE INTER-AMERICAN CONVENTION OF LETTERS ROGATORY

FORM B

ESSENTIAL INFORMATION FOR THE ADDRESSEE [1]

To DAMAKALI S.A. DE C.V., Mision De Santo Tomas 32, Santiago De Queretaro, Mexico

You are hereby informed that a law suit has been instituted against you, the court may decide against you without you being heard unless you respond within twenty days from your receipt of these documents.

A copy of the letter rogatory that gives rise to the service or delivery of these documents is attached to this document.  This copy also contains essential information for you.  Also attached are copies of the complaint or pleading initiating the action in which the letter rogatory was issued, of the documents attached to the complaint or pleading, and of any rulings that ordered the issuance of the letter rogatory.

## ADDITIONAL INFORMATION
I*
## FOR SERVICE

A.  The document being served on you (original or copy) concerns the following: Philip Morris USA Inc.'s claim for civil damages against you.

The remedies sought or the amount in dispute is as follows: Plaintiff is seeking injunctive and declaratory judgment to recover civil damages, amount to be determined in court.

By this service, you are requested: To answer to Plaintiff's Complaint.

   *  In case of service on you as a defendant you can answer the complaint before the judicial or other adjudicatory authority specified in Form A, Box 1.  Your answer to Plaintiff's claim must be made within twenty (20) days as directed on the accompanying Summons.

If you fail to comply, the consequences might be:  The court may decide against you without you being heard.

The documents listed in Part III are being furnished to you so that you may better understand and defend your interests.

## III
## LIST OF ATTACHED DOCUMENTS

SUMMONS IN A CIVIL CASE; COMPLAINT

Done at _____ this _____day of

_____, 20 _____


_____   _____
Signature and stamp of the                              Signature and stamp of
judicial or other adjudicatory                          the Central Authority
authority of the State of origin                        of the State of Origin

ANNEX TO THE ADDITIONAL PROTOCOL
TO THE INTER-AMERICAN CONVENTION ON LETTERS ROGATORY

FORM C

CERTIFICATE OF EXECUTION [1]

To: _____
_____
_____
(Name and address of judicial or other adjudicatory authority that issued the letter rogatory)

In conformity with the Additional Protocol to the Inter-American Convention on Letters Rogatory, signed at Montevideo on May 8, 1979, and in accordance with the attached original letter rogatory, the undersigned Central Authority has the honor to certify the following:

*     A.   That one copy of the documents attached to this Certificate has been served or delivered as follows:

      Date: _____

      At (Address) _____

By one of the following methods authorized by the Convention.

*  (1)   In accordance with the special procedure or additional formalities that are described below, as provided for in the second paragraph of Article 10 of the above mentioned Convention, or

           _____
           _____
           _____

*  (2)   By service personally on the identified addressee or, in the case of a legal entity, on its authorized agent, or

*  (3)   If the person or the authorized agent of the entity to be served was not found, in accordance with the law of the State of destination; (Specify method used)

           _____
           _____
           _____
           _____

---

[1] Complete the original and one copy in the language of the State of destination.
*Delete if inapplicable

*     B.   That the documents referred to in the letter rogatory have been delivered to:

5

Identity of person  _____
_____
_____

Relationship to the addressee  _____
(Family, business or other)
_____
_____

\*   C.   That the documents attached to the Certificate have not been served or delivered for the following reason(s):
_____
_____
_____

\*   D   In conformity with the Protocol, the party requesting execution of the letter rogatory is requested to pay the outstanding balance of costs in the amount indicated in the attached statement.

Done at _____the _____day of _____20___

_____
(Signature and stamp of Central Authority of the State of destination)

Where appropriate, attach originals or copies
of any additional documents proving service
or delivery, and identify them

\*Delete if inapplicable

6