UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP MORRIS USA INC.,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>DAMAKALI S.A. DE C.V., a Mexico corporation; and DOES ONE through TEN, inclusive,<br><br>　　　　　　　　　　Defendants. | Case No.: CV 08-02299 MMM (RCx)<br><br>**[PROPOSED] ORDER GRANTING APPLICATION OF PLAINTIFF PHILIP MORRIS USA INC. FOR ISSUANCE OF A REQUEST FOR SERVICE OF PROCESS THROUGH LETTER ROGATORY**<br><br>The Honorable Margaret M. Morrow |

Heller Ehrman LLP

1

[PROPOSED] ORDER GRANTING APPLICATION FOR ISSUANCE OF A REQUEST FOR SERVICE OF PROCESS THROUGH LETTER ROGATORY:　　　　　　　　CASE NO. CV 08-02299 MMM (RCX)

This Court, having considered Philip Morris USA Inc.'s ("Philip Morris USA") [Proposed] Application for Issuance of a Request for Service of Process Through Letter Rogatory; the declaration of Samuel R. Watkins and exhibits thereto; any opposition and reply papers; the pleadings and papers on file in this case; the arguments and evidence presented by counsel at the hearing on the Motion on June 3, 2008; the issues having been fully considered,

**IT IS HEREBY ORDERED** as follows:

1. Philip Morris USA's application is granted.

2. The Court will order the issuance of the [Proposed] Request for Service Abroad, in the form filed by Philip Morris USA with its [Proposed] Application for Issuance of a Request for Service of Process Through Letter Rogatory, to a court of general jurisdiction in Mexico requesting such court to serve the Summons and Complaint in the above-entitled action on Damakali SA De C.V. ("Damakali") in such manner as the Mexican court shall direct and as shall be reasonably calculated to give actual notice of the above-entitled action to Damakali.

Date: _____, 2008    _____
                                        HON. MARGARET M. MORROW
                                        UNITED STATES DISTRICT JUDGE

Submitted by:

HELLER EHRMAN LLP


By:  */s/ Samuel R. Watkins*
      Samuel R. Watkins

701 Fifth Avenue, Suite 6100
Seattle, Washington 98104
Telephone:  (206) 447-0900
Facsimile:  (206) 447-0849

Attorneys for Plaintiff
PHILIP MORRIS USA INC.

Heller Ehrman LLP

1

[PROPOSED] ORDER GRANTING APPLICATIONFOR ISSUANCE OF A REQUEST FOR SERVICE OF PROCESS THROUGH LETTER ROGATORY:            CASE NO. CV 08-02299 MMM (RCX)