FILED
CLERK, U.S. DISTRICT COURT

JUN - 2 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

*no good cause*

# DENIED

*aulyn*
6/2/2008

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP MORRIS USA INC., | Case No.: CV 08-02299 MMM (RCx) |
| Plaintiff, | ~~[PROPOSED]~~ ORDER GRANTING PLAINTIFF PHILIP MORRIS USA INC.'S MOTION FOR LEAVE TO CONDUCT EXPEDITED DISCOVERY |
| v. | |
| DAMAKALI S.A. DE C.V., a Mexico corporation; and DOES ONE through TEN, inclusive, | |
| Defendants. | The Honorable Rosalyn M. Chapman |

1

1    This Court, having considered Philip Morris USA Inc.'s ("Philip Morris

2  USA") Motion for Leave to Conduct Expedited Discovery; the declaration of Samuel

3  R. Watkins and exhibits thereto; any opposition and reply papers; the pleadings and

4  papers on file in this case; the arguments and evidence presented by counsel at the

5  hearing on the Motion on June 11, 2008; the issues having been fully considered,

6    **IT IS HEREBY ORDERED** as follows:

7    Philip Morris USA's Motion is GRANTED.  Philip Morris USA may conduct

8  limited, expedited discovery for the purposes of identifying and obtaining documents

9  from Damakali's Customs broker and related entities in the shipping chain,

10  expediting service of Damakali, and identifying and serving the Doe defendants.

11

12  Date: _____, 2008    _____

13                                 HON. ROSALYN M. CHAPMAN
                                    UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18  Submitted by:

19  HELLER EHRMAN LLP

20

21  By:   _/s/ Samuel R. Watkins_
                Samuel R. Watkins

22

23  701 Fifth Avenue, Suite 6100
    Seattle, Washington 98104

24  Telephone:  (206) 447-0900
    Facsimile:  (206) 447-0849

25

    Attorneys for Plaintiff

26  PHILIP MORRIS USA INC.

27

28

[PROPOSED] ORDER GRANTING PLAINTIFF PHILIP MORRIS USA INC.'S MOTION FOR LEAVE TO
CONDUCT EXPEDITED DISCOVERY:                                CASE NO. CV 08-02299 MMM (RCX)