# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP MORRIS USA INC., <br><br> Plaintiff, <br><br> v. <br><br> DAMAKALI S.A. DE C.V., a Mexico corporation; and DOES ONE through TEN, inclusive, <br><br> Defendants. | Case No.: CV 08-02299 MMM (RCx) <br><br> **[PROPOSED] ORDER GRANTING APPLICATION OF PLAINTIFF PHILIP MORRIS USA INC. FOR ISSUANCE OF A REQUEST FOR SERVICE OF PROCESS THROUGH LETTER ROGATORY** <br><br> The Honorable Rosalyn M. Chapman |

Heller Ehrman LLP

1

[PROPOSED] ORDER GRANTING APPLICATION FOR ISSUANCE OF A REQUEST FOR SERVICE OF PROCESS THROUGH LETTER ROGATORY:                    CASE NO. CV 08-02299 MMM (RCX)

This Court, having considered Philip Morris USA Inc.'s ("Philip Morris USA") Application for Issuance of a Request for Service of Process Through Letter Rogatory; the declaration of John C. Ulin and exhibits thereto; any opposition and reply papers; the pleadings and papers on file in this case; the arguments and evidence presented by counsel at the hearing July 30, 2008, if any; the issues having been fully considered,

**IT IS HEREBY ORDERED** as follows:

1. Philip Morris USA's application is granted.

2. The Court will order the issuance of the [Proposed] Request for Service Abroad, in the form lodged by Philip Morris USA with its Application for Issuance of a Request for Service of Process Through Letter Rogatory, to a court of general jurisdiction in Mexico requesting such court to serve the Summons and Complaint in the above-entitled action on Damakali SA De C.V. ("Damakali") in such manner as the Mexican court shall direct and as shall be reasonably calculated to give actual notice of the above-entitled action to Damakali.

Date: _____, 2008        _____
                                 HON. ROSALYN M. CHAPMAN
                                 UNITED STATES MAGISTRATE JUDGE

Submitted by:

HELLER EHRMAN LLP


By:  */s/ John C. Ulin*
       John C. Ulin

333 S. Hope Street, 39th Floor
Los Angeles, CA 90071
Telephone: (213) 689-0200
Facsimile:  (213) 614-1868

Attorneys for Plaintiff
PHILIP MORRIS USA INC.

Heller Ehrman LLP

1

[PROPOSED] ORDER GRANTING APPLICATIONFOR ISSUANCE OF A REQUEST FOR SERVICE OF
PROCESS THROUGH LETTER ROGATORY:           CASE NO. CV 08-02299 MMM (RCX)