FILED
CLERK, U.S. DISTRICT COURT
JUL 14 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

*Ex Parte*

| | |
|---|---|
| PHILIP MORRIS USA INC., <br><br> Plaintiff, <br><br> v. <br><br> DAMAKALI S.A. DE C.V., a Mexico corporation; and DOES ONE through TEN, inclusive, <br><br> Defendants. | Case No.: CV 08-02299 MMM (RCx) <br><br> [~~PROPOSED~~] ORDER GRANTING APPLICATION OF PLAINTIFF PHILIP MORRIS USA INC. FOR ISSUANCE OF A REQUEST FOR SERVICE OF PROCESS THROUGH LETTER ROGATORY <br><br> NOTE CHANGES MADE BY THE COURT. <br><br> The Honorable Rosalyn M. Chapman |

Heller Ehrman LLP

1

[PROPOSED] ORDER GRANTING APPLICATION FOR ISSUANCE OF A REQUEST FOR SERVICE OF PROCESS THROUGH LETTER ROGATORY:  CASE NO. CV 08-02299 MMM (RCX)

1 |     This Court, having considered Philip Morris USA Inc.'s ("Philip Morris
2 | USA") *Ex Parte* Application for Issuance of a Request for Service of Process Through Letter
3 | Rogatory; the declaration of John C. Ulin and exhibits thereto; ~~any opposition and~~
4 | ~~reply papers;~~ the pleadings and papers on file in this case; ~~the arguments and~~
5 | ~~evidence presented by counsel at the hearing July 30, 2008, if an~~y; the issues having
6 | been fully considered,

    **IT IS HEREBY ORDERED** as follows:

    1.    Philip Morris USA's application is granted.

    2.    The Court will order the issuance of the [Proposed] Request for Service Abroad, in the form lodged by Philip Morris USA with its Application for Issuance of a Request for Service of Process Through Letter Rogatory, to a court of general jurisdiction in Mexico requesting such court to serve the Summons and Complaint in the above-entitled action on Damakali SA De C.V. ("Damakali") in such manner as the Mexican court shall direct and as shall be reasonably calculated to give actual notice of the above-entitled action to Damakali.

Date: July 14, 2008

                                                      _/s/ Rosalyn M. Chapman_
HON. ROSALYN M. CHAPMAN
UNITED STATES MAGISTRATE JUDGE

Submitted by:

HELLER EHRMAN LLP


By: _/s/ John C. Ulin_
      John C. Ulin

333 S. Hope Street, 39th Floor
Los Angeles, CA 90071
Telephone: (213) 689-0200
Facsimile: (213) 614-1868

Attorneys for Plaintiff
PHILIP MORRIS USA INC.

1

[PROPOSED] ORDER GRANTING APPLICATION FOR ISSUANCE OF A REQUEST FOR SERVICE OF
PROCESS THROUGH LETTER ROGATORY:        CASE NO. CV 08-02299 MMM (RCX)