**EXHIBIT 1**

301 E. Ocean Blvd
Long Beach, CA  90802

**U.S. Customs and
Border Protection**

2008-2704-000237-01
sa

JAN 2  2008

Philip Morris Incorporated
6601 West Broad Street
Rye Brook
Richmond, Virginia  23230-1723
Attn: Jose Luis Murillo, Esq.

Re: Seizure of Infringing Merchandise

Dear Madam/Sir:

Our records show that Philip Morris Incorporated is the owner of the trademark recorded under trademark recordation number (TMK) 97-00877 and (TMK) 99-00565, and Customs and Border Protection (CBP) has seized articles found to infringe upon said trademark.

Pursuant to Title 19, Code of Federal Regulations, Section 133.21 (counterfeit trademark), you are being provided the following information concerning said seizure:

Date and port of entry: December 20, 2007, Price Transfer Warehouse, Los Angeles/Long Beach Seaport

Description of merchandise (including quantity): Cigarettes (Marlboro) 28,260 ea (368 ctns).

Country of Origin: China

Name and address of exporter: Tianti Industry Co., LTD., Room 610 No. 92 Zhan Qian Road, Guang Dong

Name and address of importer: Damakali S.A. De C.V., Calle Mission #32, Queretaro, Mexico

Any questions not answered by this letter should be directed to Sandra Agee of my staff at (562) 366-5542.

Sincerely,

Robert P. Thierry
Director, Fines, Penalties
and Forfeitures

*Vigilance  ★  Service  ★  Integrity*